UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 06cv1015-L(LSP) |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | OF COMPLAINT FOR FORFEITURE |
| v. | ) | |
| | ) | |
| ONE 2001 CHEVROLET TAHOE SUV, | ) | |
| CA LICENSE NO. 5DKL561, | ) | |
| VIN 1GNEC13T11R136084, | ) | |
| ITS TOOLS AND APPURTENANCES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed the foregoing Joint Motion for Dismissal of Complaint for Forfeiture and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The above-captioned 2001 Chevrolet Tahoe SUV ("Defendant Vehicle") shall be returned to Claimant Eric Duane Grant through his attorney of record, Richard M. Barnett, subject to the following terms:

   a. Claimant shall retrieve the Defendant Vehicle on or before April 20, 2007 from the U.S. Marshals Service.

   b. Costs of storage of the Defendant Vehicle up to and including April 20, 2007 shall be borne by the United States. If Claimant has not retrieved the Defendant Vehicle by April 20, 2007, he shall be responsible for all storage costs from April 21, 2007 forward.

        c.    Each party shall bear its own costs and expenses, including attorney fees.

    2.    The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimant has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465.

    3.    The claimant, his agents, employees, or assigns, hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the Defendant Vehicle.

    4.    Based on the agreement of the parties, the Complaint for Forfeiture filed in this case shall be **DISMISSED**, and the case shall be closed.

**IT IS SO ORDERED**.

DATED: March 26, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL